AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TUCKER, PETRESE B. | PA-EASTERN DISTRICT | 05/28/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

ROOM 16613 US COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106-1751

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EXECUTOR | ▨ ESTATE |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2000 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | COMMONWEALTH OF PA STATE EMPLOYEES' RETIREMENT SYSTEM-RETIREMENT PLAN | $27,100.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ADMINISTRATIVE OFFICE OF PA COURTS-COMMON PLEAS COURT JUDGE SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LAND-HALIFAX COUNTY, VA | | None | L | W | | | | | |
| 2. MERRILL LYNCH CASH ACCOUNT | A | Interest | J | T | | | | | |
| 3. BANK OF AMERICA CASH ACCOUNT | A | Interest | J | T | | | | | |
| 4. BLF FED FD CASH RES | A | Dividend | J | T | | | | | |
| 5. 3M CO | A | Dividend | J | T | | | | | |
| 6. ABBOTT LABS | A | Dividend | J | T | | | | | |
| 7. ABBVIE | A | Dividend | J | T | Sold (part) | 11/17/18 | J | A | |
| 8. ACCENTURE | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 9. ALAMO | A | Dividend | J | T | | | | | |
| 10. AUTOMATIC DATA PROCESSING | A | Dividend | J | T | | | | | |
| 11. ALLIANZ | A | Dividend | J | T | | | | | |
| 12. ALLERGAN | A | Dividend | J | T | | | | | |
| 13. ALTRIA GROUP | A | Dividend | J | T | Buy (add'l) | 02/07/18 | J | | |
| 14. | | | | | Sold (part) | 11/16/18 | J | B | |
| 15. AMEREN (Y) | | | | | | | | | |
| 16. AMGEN | A | Dividend | J | T | | | | | |
| 17. AMERISAFE | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMN HEALTHCARE SVCS | | None | J | T | | | | | |
| 19. AMN ELEC POWER (Y) | | | | | | | | | |
| 20. AON | A | Dividend | J | T | | | | | |
| 21. APPLE | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 22. APTIV | A | Dividend | | | Sold | 08/16/18 | J | B | |
| 23. ARCHER DANIELS | A | Dividend | | | Sold | 10/25/18 | J | A | |
| 24. ARTISAN PARTNERS | A | Dividend | J | T | | | | | |
| 25. ASTRAZENECA | A | Dividend | J | T | | | | | |
| 26. AXA | A | Dividend | J | T | | | | | |
| 27. AIR PRODUCTS | A | Dividend | J | T | | | | | |
| 28. ASGN (X) | A | Dividend | J | T | | | | | |
| 29. AT&T | A | Dividend | J | T | | | | | |
| 30. B B & T | A | Dividend | J | T | | | | | |
| 31. BAE SYS | A | Dividend | J | T | | | | | |
| 32. BALSHEM CORP | A | Dividend | J | T | | | | | |
| 33. BANK OF THE OZARKS | A | Dividend | | | Sold | 11/02/18 | J | | |
| 34. BASF (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BCE | A | Dividend | J | T | | | | | |
| 36. BECTON DICKINSON | A | Dividend | J | T | Sold (part) | 10/16/18 | J | A | |
| 37. BLACKROCK | A | Dividend | J | T | Sold (part) | 09/21/18 | J | B | |
| 38. BRITISH AMN TOBACO | A | Dividend | J | T | | | | | |
| 39. BERKSHIRE HATHAWAY | A | Dividend | J | T | Sold (part) | 09/21/18 | J | B | |
| 40. BROADCOM | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 41. CA INC | A | Dividend | | | Sold | 11/05/18 | J | B | |
| 42. CAMPING WORLD HLDGS | A | Dividend | | | Sold | 11/08/18 | J | | |
| 43. CARBONITE | | None | J | T | Buy | 07/02/18 | J | | |
| 44. CARNIVAL | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 45. CHEVRON | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 46. CHUBB | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |
| 47. CIGNA | A | Dividend | J | T | Sold (part) | 10/31/18 | J | A | |
| 48. CINN FINCL | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 49. CISCO SYSTEMS | A | Dividend | K | T | Sold (part) | 09/21/18 | J | B | |
| 50. CIE GENERALE (Y) | | | | | | | | | |
| 51. CITIGROUP | A | Dividend | J | T | Sold (part) | 09/21/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. COCA COLA | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 53. COTY | | None | | | Sold | 02/02/18 | J | | |
| 54. CME (X) | A | Dividend | J | T | | | | | |
| 55. COLGATE PALMOLIVE | A | Dividend | J | T | | | | | |
| 56. COLLIERS INTERNTL | A | Dividend | J | T | | | | | |
| 57. COMCAST | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 58. CREDIT ACCEPTANCE CORP | | None | J | T | Sold (part) | 08/09/18 | J | B | |
| 59. CVS HEALTH CORP | A | Dividend | J | T | | | | | |
| 60. CROWN CASTLE REIT | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 61. CYRUSONE | A | Dividend | J | T | | | | | |
| 62. DAIMLER A | | None | | | Sold | 10/24/18 | J | | |
| 63. DANAHER CORP | A | Dividend | J | T | | | | | |
| 64. DELPHI AUTOMOTIVE (Y) | | | | | | | | | |
| 65. DEUTSCHE POST (Y) | | | | | | | | | |
| 66. DEUTSCHE TELE | A | Dividend | J | T | | | | | |
| 67. DIAGEO PLC | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 68. DOMINION ENERGY | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DIAMOND HILL INV | | None | J | T | | | | | |
| 70. DISNEY | A | Dividend | J | T | | | | | |
| 71. DISCOVER FINCL (Y) | | | | | | | | | |
| 72. DORMAN PRODUCTS | | None | J | T | | | | | |
| 73. DUKE ENERGY | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 74. DOWDUPONT | A | Dividend | J | T | | | | | |
| 75. DXC TECH | A | Dividend | J | T | | | | | |
| 76. DYCOM INDS | | None | J | T | | | | | |
| 77. EATON CORP | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 78. ELI LILLY & CO | A | Dividend | J | T | Sold (part) | 03/01/18 | J | B | |
| 79. EMERSON ELECTRIC (Y) | | | | | | | | | |
| 80. ENBRIDGE INC | | None | | | Sold | 04/09/18 | J | A | |
| 81. ENERSYS | A | Dividend | J | T | | | | | |
| 82. EOG RESOURCES | A | Dividend | J | T | | | | | |
| 83. EXXON MOBIL | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 84. ENTERGY | A | Dividend | J | T | | | | | |
| 85. ENVESTNET (X) | | None | J | T | Buy (add'l) | 08/09/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. EXPONENT | A | Dividend | J | T | | | | | |
| 87. EPLUS (Y) | | | | | | | | | |
| 88. EQUIFAX | | None | | | Sold | 03/22/18 | J | A | |
| 89. EQUINOR (X) | | None | | | Sold | 11/07/18 | J | A | |
| 90. EXPRESS SCRIPTS (X) | | None | | | Sold | 10/03/18 | J | A | |
| 91. FIDELITY NATL INFO SERVICES | A | Dividend | J | T | | | | | |
| 92. FIRSTENERGY (X) | A | Dividend | J | T | | | | | |
| 93. FISERV | | None | J | T | | | | | |
| 94. FOX FACTORY HLDG | | None | J | T | | | | | |
| 95. FASTENAL | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 96. FRANKLIN RES | A | Dividend | J | T | Buy | 12/13/18 | J | | |
| 97. GENERAL ELECTRIC | | None | | | Sold | 02/09/18 | J | | |
| 98. GENERAL MILLS | A | Dividend | J | T | Sold<br>(part) | 09/21/18 | J | | |
| 99. GENERAL DYNAMICS | A | Dividend | J | T | Sold<br>(part) | 12/12/18 | J | B | |
| 100. GOLDMAN SACHS GROUP | A | Dividend | J | T | Sold<br>(part) | 09/21/18 | J | A | |
| 101. GLAXOSMITH KLINE | A | Dividend | J | T | | | | | |
| 102. HASBRO | A | Dividend | J | T | Sold<br>(part) | 12/03/18 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. H & E EQUIP SVCS | A | Dividend | J | T | Buy | 11/02/18 | J | | |
| 104. HEICO CORP | A | Dividend | J | T | Sold (part) | 08/09/18 | J | A | |
| 105. HELEN OF TROY LTD | | None | J | T | | | | | |
| 106. HOME BANCSHARES | A | Dividend | J | T | | | | | |
| 107. HOME DEPOT | A | Dividend | J | T | | | | | |
| 108. HONEYWELL INTL | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 109. HP INC (X) | A | Dividend | J | T | | | | | |
| 110. HOOKER FURNITURE (Y) | | | | | | | | | |
| 111. ILLINOIS TOOL WORKS | A | Dividend | J | T | | | | | |
| 112. INTEL CORP | A | Dividend | J | T | Sold (part) | 09/20/18 | J | B | |
| 113. IMPERIAL BRANDS | A | Dividend | J | T | | | | | |
| 114. INGERSOLL RAND | A | Dividend | J | T | | | | | |
| 115. INSTALLED BUILDING PROD | | None | J | T | | | | | |
| 116. IRON MTN | A | Dividend | J | T | | | | | |
| 117. INSPERITY | A | Dividend | J | T | Sold (part) | 09/21/18 | J | B | |
| 118. INTRPUBLIC GRP OF CO | | None | | | Sold | 03/01/18 | J | | |
| 119. IROBOT | | None | J | T | Buy | 12/13/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  JOHNSON & JOHNSON | A | Dividend | K | T | Sold<br>(part) | 12/12/18 | J | A | |
| 121.  JOHNSON CONTROLS | A | Dividend | J | T | | | | | |
| 122.  JPMORGAN CHASE | A | Dividend | K | T | Sold<br>(part) | 11/14/18 | J | B | |
| 123.  JOHN BEAN TECH | A | Dividend | J | T | | | | | |
| 124.  KIMBERLY CLARK | A | Dividend | J | T | | | | | |
| 125.  KINDER MORGAN | A | Dividend | J | T | Sold<br>(part) | 09/21/18 | J | | |
| 126.  KLX | | None | J | T | Sold<br>(part) | 10/09/18 | J | A | |
| 127.  LCI INDUSTRIES | A | Dividend | J | T | | | | | |
| 128.  LEGACYTEXAS FINL | A | Dividend | J | T | | | | | |
| 129.  LITHIA MOTORS | A | Dividend | J | T | Sold<br>(part) | 10/08/18 | J | | |
| 130.  LOCKHEED MARTIN | A | Dividend | J | T | | | | | |
| 131.  LOWES | A | Dividend | J | T | Sold<br>(part) | 09/21/18 | J | A | |
| 132.  LYONDELLBASELL IND | A | Dividend | J | T | | | | | |
| 133.  LEAR CORP | A | Dividend | J | T | Buy | 11/07/18 | J | | |
| 134.  LINDE | A | Dividend | J | T | Buy | 05/14/18 | J | | |
| 135.  MADISON SQUARE GARDEN | | None | J | T | | | | | |
| 136.  MANHATTAN ASSOCS (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  MARSH & MCLENNAN | A | Dividend | J | T | | | | | |
| 138.  MAXIM INTEGRATED PRODUCTS | A | Dividend | J | T | Sold<br>(part) | 06/06/18 | J | A | |
| 139.  MCCORMICK NON VTG | A | Dividend | J | T | | | | | |
| 140.  MCDONALDS | A | Dividend | J | T | | | | | |
| 141.  MCKESSON | A | Dividend | J | T | | | | | |
| 142.  MEDTRONIC | A | Dividend | J | T | Sold<br>(part) | 09/21/18 | J | A | |
| 143.  MERCK & CO | A | Dividend | J | T | Sold<br>(part) | 09/21/18 | J | A | |
| 144.  METLIFE | A | Dividend | J | T | Sold<br>(part) | 12/17/18 | J | | |
| 145.  MICROSOFT | A | Dividend | J | T | Sold<br>(part) | 12/11/18 | J | C | |
| 146.  MONSANTO | A | Dividend | | | Sold | 05/31/18 | J | A | |
| 147.  MONDELEZ INTL | A | Dividend | J | T | | | | | |
| 148.  MUNCHENER RUECK | A | Dividend | J | T | | | | | |
| 149.  MEDPACE HLDGS | | None | J | T | Buy | 11/02/18 | J | | |
| 150.  NASDAQ OMX GRP | A | Dividend | J | T | | | | | |
| 151.  NATIONAL GENERAL | A | Dividend | J | T | | | | | |
| 152.  NATIONAL GRID | A | Dividend | J | T | | | | | |
| 153.  NEENAH PAPER | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NEOGEN | | None | J | T | Sold (part) | 09/28/18 | J | B | |
| 155. NESTLE | A | Dividend | J | T | | | | | |
| 156. NEWMARKET CORP | A | Dividend | J | T | Sold (part) | 01/02/18 | J | A | |
| 157. NEXTERA ENERGY | A | Dividend | J | T | | | | | |
| 158. NEW FSV CORP | A | Dividend | J | T | | | | | |
| 159. NIELSEN HOLDINGS | A | Dividend | J | T | Sold (part) | 09/05/18 | J | | |
| 160. NORFOLK SOUTHERN | A | Dividend | J | T | Sold (part) | 12/13/18 | J | C | |
| 161. NORTHROP GRUMMAN | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 162. NOVARTIS | A | Dividend | J | T | | | | | |
| 163. NOVO NORDISK A S (Y) | | | | | | | | | |
| 164. OCCIDENTAL PETE | A | Dividend | J | T | | | | | |
| 165. ON ASSIGNMENT INC (Y) | | | | | | | | | |
| 166. OSI SYSTEM (Y) | | | | | | | | | |
| 167. PACCAR | A | Dividend | J | T | Buy | 09/21/18 | J | | |
| 168. PACKAGING CORP OF AM | A | Dividend | J | T | | | | | |
| 169. PATRICK INDS | | None | J | T | | | | | |
| 170. PAYCHEX | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. PPL CORP | A | Dividend | J | T | | | | | |
| 172. PEMBINA PIPELINE (Y) | | | | | | | | | |
| 173. PEPSICO | A | Dividend | K | T | Sold (part) | 09/21/18 | J | | |
| 174. PFIZER | A | Dividend | K | T | Sold (part) | 10/01/18 | J | A | |
| 175. PHILIPS 66 | A | Dividend | J | T | Sold (part) | 08/15/18 | J | A | |
| 176. PHILIP MORRIS INTL | A | Dividend | J | T | Sold (part) | 09/21/18 | J | | |
| 177. PNC FINCL SERVICES | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 178. PPG INDUSTRIES | A | Dividend | J | T | | | | | |
| 179. PRA GROUP | | None | J | T | | | | | |
| 180. PRAXAIR | A | Dividend | | | Sold | 10/31/18 | J | B | |
| 181. PROCTOR & GAMBLE (Y) | | | | | | | | | |
| 182. PUBLIC STORAGE | A | Dividend | J | T | Sold (part) | 09/21/18 | J | | |
| 183. QUALCOMM (Y) | | | | | | | | | |
| 184. REALPAGE | | None | J | T | | | | | |
| 185. REMAX HLDGS | A | Dividend | J | T | | | | | |
| 186. RED ELECTRICA CORP | A | Dividend | J | T | | | | | |
| 187. ROCHE HLDG | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. REALITY INCM CRP | A | Dividend | J | T | Buy<br>(add'l) | 10/04/18 | J | | |
| 189. REV GROUP | A | Dividend | J | T | | | | | |
| 190. RLI CORP ILLINOIS | A | Dividend | J | T | | | | | |
| 191. ROCHE HLDG (X) | A | Dividend | J | T | | | | | |
| 192. ROGERS COMM | A | Dividend | J | T | | | | | |
| 193. ROYAL BANK CANADA | A | Dividend | J | T | | | | | |
| 194. ROYAL DUTCH SHELL | A | Dividend | J | T | | | | | |
| 195. SANOFI (Y) | | | | | | | | | |
| 196. SCHLUMBERGER LTD | A | Dividend | J | T | Buy<br>(add'l) | 08/30/18 | J | | |
| 197. | | | | | Sold<br>(part) | 09/21/18 | J | | |
| 198. SCOR (Y) | | | | | | | | | |
| 199. SEMPRA ENERGY | A | Dividend | J | T | | | | | |
| 200. SIEMENS (Y) | | | | | | | | | |
| 201. SIMON PROPERTY GRP | A | Dividend | J | T | | | | | |
| 202. SOUTHERN (Y) | | | | | | | | | |
| 203. SSE (Y) | | | | | | | | | |
| 204. STARBUCKS | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. STATE STREET CORP | A | Dividend | J | T | | | | | |
| 206. STATOIL ASA | A | Dividend | | | Sold | 05/08/18 | J | A | |
| 207. SVENSKA HANDELS BANKEN (Y) | | | | | | | | | |
| 208. SWISSCOM | A | Dividend | J | T | Sold<br>(part) | 10/16/18 | J | A | |
| 209. TAIWAN S MANUFACTURING (Y) | | | | | | | | | |
| 210. TARGET CORP | A | Dividend | J | T | Sold<br>(part) | 09/21/18 | J | A | |
| 211. TELUS | A | Dividend | J | T | | | | | |
| 212. TERNA | A | Dividend | J | T | | | | | |
| 213. TEXAS INSTRUMENTS | A | Dividend | K | T | Buy<br>(add'l) | 02/28/18 | J | | |
| 214. | | | | | Sold<br>(part) | 09/21/18 | J | A | |
| 215. THERMO FISHER SCIENTIFIC | A | Dividend | J | T | Sold<br>(part) | 11/28/18 | J | A | |
| 216. TRAVELERS | A | Dividend | J | T | | | | | |
| 217. TYLER TECHS | | None | J | T | Sold<br>(part) | 08/09/18 | J | A | |
| 218. TOTAL S A | A | Dividend | J | T | | | | | |
| 219. UNIBAIL RODAMCO | A | Dividend | | | Sold | 06/29/18 | J | | |
| 220. UNILEVER PLC | A | Dividend | J | T | | | | | |
| 221. UNION PACIFIC | A | Dividend | J | T | Sold<br>(part) | 11/06/18 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. UNITED TECHS CORP | A | Dividend | | | Sold | 08/29/18 | J | A | |
| 223. UNITEDHEALTH GROUP | A | Dividend | J | T | | | | | |
| 224. US BANCORP | A | Dividend | J | T | | | | | |
| 225. UNITED PARCEL SVC | A | Dividend | J | T | | | | | |
| 226. UNIVERSAL FOREST PRODS | A | Dividend | J | T | | | | | |
| 227. VALERO ENERGY | A | Dividend | J | T | | | | | |
| 228. VENTAS INC REIT | A | Dividend | | | Sold | 12/13/18 | J | A | |
| 229. VERIZON COMMUNICATIONS | A | Dividend | J | T | Sold (part) | 12/17/18 | J | A | |
| 230. VINCI (Y) | | | | | | | | | |
| 231. VODAFONE GRP | A | Dividend | J | T | | | | | |
| 232. WAGEWORKS | | None | | | Sold | 12/27/18 | J | | |
| 233. WEC ENERGY GRP | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 234. WELLSTOWER | A | Dividend | J | T | | | | | |
| 235. WELLS FARGO & CO | A | Dividend | J | T | Sold (part) | 10/24/18 | J | B | |
| 236. WESTPAC | A | Dividend | J | T | | | | | |
| 237. WEX | | None | J | T | Sold (part) | 08/09/18 | J | A | |
| 238. WHIRLPOOL | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. WILLIAMS COS | A | Dividend | J | T | | | | | |
| 240. XCEL ENERGY | A | Dividend | J | T | | | | | |
| 241. GUGGENHEIM ENERGY & INCOME FUND | C | Dividend | K | T | | | | | |
| 242. ISHARES CORE S&P US GROWTH | A | Dividend | J | T | | | | | |
| 243. ISHARES CORE S&P US VALUE | A | Dividend | J | T | | | | | |
| 244. VANGUARD FTSE DEVELOPED | A | Dividend | J | T | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| TUCKER, PETRESE B. | 05/28/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  S/ PETRESE B. TUCKER

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544